**Saul CASTILLO VAZQUEZ, Petitioner,**

**v.**

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 09–70731.**

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2011.*

Filed March 28, 2011.

Christopher John Stender, Esquire, Immigration Practice Group A Professional Corporation, San Francisco, CA, for Petitioner.

Kate Deboer Balaban, Esquire, Trial, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the Dis-

trict Counsel Department of Homeland Security San Francisco, CA, for Respondent.

Before: FARRIS, O'SCANNLAIN, and BYBEE, Circuit Judges.

MEMORANDUM **

Saul Castillo Vazquez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen based on ineffective assistance of counsel. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS,* 321 F.3d 889, 894 (9th Cir.2003), and we deny the petition for review.

The BIA did not abuse its discretion in denying Castillo Vazquez's motion to reopen because he filed the motion nearly one year after the BIA's September 10, 2004, order dismissing the underlying appeal, *see* 8 C.F.R. § 1003.2(c)(2), and Castillo Vazquez failed to establish grounds for equitable tolling, *see Iturribarria,* 321 F.3d at 897 (equitable tolling available "when a petitioner is prevented from filing because of deception, fraud, or error, as long as the petitioner acts with due diligence").

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.